*RELIEF REQUESTED*
*WITHOUT A HEARING*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: ) | |
| ) | |
| **STORED SOLAR ENTERPRISES SERIES, LLC** ) | Case No. 22-10191 |
| ) | |
| **Debtor.** ) | |

**MOTION TO EXTEND TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

1. Pursuant to Federal Rules of Bankruptcy Procedure 1007(c) and 9006(b), and D.Me. LBR 9006-1(a) and 9013-1(d)(1), Stored Solar Enterprises, Series LLC (the "Debtor"), by and through its undersigned counsel, moves this Court for an Order extending the time to file the Debtor's Schedules and Statement of Financial Affairs (collectively, the "Schedules"), for an additional sixteen (16) days beyond the time provided for under Rule 1007 (c), or until October 14, 2022, and as grounds therefor, states as follows:

**Jurisdictional Statement**

2. On September 14, 2022 (the "Petition Date"), the Debtor filed with this Court a voluntary petition (the "Petition") for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code").

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 157(a), 1334(b), 1408(1), and Rule 83.6(a) of the Local Rules of the United States District Court for the District of Maine, pursuant to which all cases filed in Maine under Title 11 are automatically referred to this

Court. This is a core proceeding; the Court has jurisdiction to enter a final order on this Application pursuant to 28 U.S.C. § 157(b)(2)(A).

## General Allegations

5. The Debtor's Schedules are currently due to be filed by Wednesday, September 28, 2022. Fed.R.Bankr.P. 1007(c). The Debtor's Section 341 meeting is currently scheduled for October 20, 2022 [D.E. #13].

6. After the filing, the Debtor commenced preparation of the Schedules; however, the Debtor requires additional time to complete the Schedules. The Debtor has a complex corporate (LLC) and financial structure. It owns and operates seven (7) different electric generating plants, each with its own records of assets, liabilities and executory contracts. These factors, coupled with an extensive body of creditors, have impeded the Debtor's ability to marshal and record the information required to complete the Schedules.

## Argument

7. Federal Bankruptcy Rule 1007 provides that the Schedules should be filed in a voluntary case no later than fourteen (14) days after the filing of the petition. Fed. R.Bankr.P. 1007(c). Any extension for the filing of the Schedules may be granted on motion for cause shown and on notice to the United States Trustee, to any committee elected pursuant to Section 705 or appointed pursuant to Section 1102 of the Bankruptcy Code, any Trustee, Examiner, or other party as the Court may direct. *Id.*

8. Furthermore, D. Me. LBR 9006-1(a) provides that all applications for enlargement of time shall state: (1) the date the act is due to occur without the requested enlargement; (2) whether previous applications for enlargement have been made, including the length of any

enlargement previously granted; (3) whether or not parties-in-interest agree to the enlargement; and (4) grounds demonstrating cause for the requested enlargement.

8.    Without the requested enlargement, the Debtor's Schedules are due on September 28, 2022.  D. Me. LBR 9006-1(a)(1).

10.   The Debtor has not made any previous applications for an enlargement of time regarding the Schedules.  D. Me. LBR 9006-1(a)(2).

11.   The reasons for the Debtor's request are as follows:

- The Debtor is a Series LLC consisting of eight separate Series, each of which is maintains separate books and records of account.  Series 2 through 8 of the Debtor each operate separate biomass electric generation facilities.

- Detailed financial analysis of the books and records for each generating plant is required to prepare the Schedules.

- As such, preparation of the Schedules is a time-consuming and labor-intensive process, and the extension of time requested herein will enable the Debtor to complete that process fully and accurately.

- Parties-in-interest will not be harmed by the extension requested herein, which extension <u>will not</u> require rescheduling the section 341 meeting.  By giving the Debtor sufficient time to accurately complete the Schedules, the administration of this case, and the conduct of the Section 341 meeting, will be made more effective for all parties.

*See* D. Me. LBR 9006-1(a)(4).

12.   With the requested extension, the Schedules will be due on October 14, 2022, six days before the section 341 meeting.

13.   Inquiry has been made with the United States Trustee for consent to the requested

sixteen-day extension and the United States Trustee has consented to the relief requested. D. Me. LBR 9006-1(a)(3).

## Service

14. Debtor served a copy of this Motion and proposed form of order (the "Proposed Order"), upon the parties receiving service in this case through the Court's CM/ECF electronic filing system on September 28, 2022. The Debtor hereby requests that this Court find that such service is sufficient notice to all parties in interest under the circumstances of this case.

## Conclusion

15. For the foregoing reasons, the Debtor respectfully requests that this Court enter an order extending the September 28, 2022 deadline for the filing of the Schedules to and including October 14, 2022, and that the Court grant such other and further relief as the Court deems just and appropriate.

[signatures on following page]

Dated: September 28, 2022

Respectfully submitted,

/s/ David C. Johnson
George J. Marcus, Esq.
gjm@marcusclegg.com
David C. Johnson, Esq.
dcj@marcusclegg.com
Trey R. Milam, Esq.
trm@marcusclegg.com

Marcus | Clegg
16 Middle St.
Unit 501
Portland, ME 04101
(207) 828-8000

Attorneys for Debtor Stored Solar Enterprises, Series LLC

5

**CERTIFICATE OF SERVICE**

I, David C. Johnson, hereby certify that I am over eighteen years old and caused a true and correct copy of the foregoing document and proposed Order to be served electronically on the parties receiving service in this case through the Court's CM/ECF electronic filing system on September 28, 2022.

/s/ David C. Johnson
Marcus | Clegg
16 Middle St.
Unit 501
Portland, ME 04101
(207) 828-8000