**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| STORED SOLAR ENTERPRISES, SERIES LLC | : | Case No. 22-10191 |
| | : | |
| Debtor. | : | |

---

## NOTICE OF WITHDRAWAL OF DOCUMENT

Anthony J. Manhart, the duly appointed, qualified, and acting Chapter 11 Trustee (the "Trustee") in the above-captioned case of Stored Solar Enterprises, Series LLC (the "Debtor") withdraws the Debtor's Motion for Entry of Order Authorizing Debtor-In-Possession Financing [Dkt. No. 149] filed on October 27, 2022 (the "DIP Motion").[1]

DATED: November 12, 2022

/s/ Bodie B. Colwell
Anthony J. Manhart, Esq.
Bodie B. Colwell, Esq.
Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
amanhart@preti.com
bcolwell@preti.com
*Counsel for Anthony J. Manhart,*
*Chapter 11 Trustee*

---

[1] The relief sought in the DIP Motion relates to assets and rights of the estate.  Due to the appointment of the Trustee, Debtor is no longer in possession in this case.  As the Trustee is currently moving forward with a consensual sale of assets and other relief, the Trustee accordingly withdraws the DIP Motion as it is inconsistent with Debtor's interests.

19684104.1