**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

---------------------------------------------------------------x
:
In re: : Chapter 11
:
STORED SOLAR ENTERPRISES, SERIES LLC : Case No. 22-10191
:
Debtor. :
:
---------------------------------------------------------------x

**NOTICE OF HURDLE AMOUNT AS OF NOVEMBER 4, 2022**

**PLEASE TAKE NOTICE** that below are good faith calculations, agreed to by the Trustee, the Committee, and Hartree of (i) the Hurdle Amount[1] as of November 4, 2022, and (ii) the projected Hurdle Amount as of December 2, 2022. Both calculations are followed by details of the components of each calculation, to the extent it is possible to determine such amounts as of the filing of this Notice.[2]

**HURDLE AMOUNT AS OF NOVEMBER 4, 2022:**     **$15,111,346.68**

| **Stalking Horse Purchase Price (total)** | **$13,400,128.37** |
|---|---|
| DIP Facility (total)[3] | $3,371,482.94 |
| Secured Note Obligations (total)[4] | $10,028,645.43 |

---

[1] As defined in the *Order (A) Approving Amended Bidding Procedures, (B) Approving Stalking Horse Purchase Agreement, (C) Scheduling an Auction and Approving Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling the Sale Hearing* [Docket No. 229] (the "Sale Procedures Approval Order").

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Sale Procedures Approval Order.

[3] Consisting of Drawn Principal (including deemed draws) of $3,362,977.16, Accrued Interest at Contract Rate of $1,744.44, and Accrued Default Rate (10/27-11/4) of $6,761.34.

[4] Consisting of Principal of Secured Note in the amount of $540,000.00, the balance under the Borrower ISDA of $8,345,479.20, Accrued Interest through the Petition Date of $900,535.41, and Accrued Post-Petition Interest through November 4, 2022 of $242,630.82.

| | |
|---|---:|
| **Stalking Horse Purchaser's reasonable out-of-pocket expenses incurred in connection with the Sale and the financing thereof** | $0.00[5] |
| **DIP facility exit premium** | $250,000.00 |
| **GUC Sale Reserve** | $650,000.00 |
| **Commission payable to the Trustee's broker** | $20,000.00[6] |
| **The asserted amounts (or such other amount as determined by the Court) of any mechanics' or similar lien that is alleged to be senior to the Secured Note Obligations (unless such lien is assumed by the purchaser)** | $791,218.31[7] |

**PROJECTED HURDLE AMOUNT AS OF DECEMBER 2, 2022:**     **$18,091,445.40**

| | |
|---|---:|
| **Stalking Horse Purchase Price (total)** | **$16,380,227.09** |
| <u>DIP Facility (total)</u>[8] | <u>$6,215,389.84</u> |
| <u>Secured Note Obligations (total)</u>[9] | <u>$10,164,837.25</u> |
| **Stalking Horse Purchaser's reasonable out-of-pocket expenses incurred in connection with the Sale and the financing thereof** | $0.00[10] |
| **DIP facility exit premium** | $250,000.00 |
| **GUC Sale Reserve** | $650,000.00 |

---

[5]  As of the filing of this Notice, the Stalking Horse Purchaser assumes this amount will be $0.00, as these amounts are currently part of the calculation of the amounts owed under the DIP Facility.

[6]  This amount is an estimated amount that may vary on account of expenses. Future overbids will need to consider the "Hurdle Amount Payment" in the amount of $100,000 for the Trustee's broker.

[7]  Note that this amount reflects the amounts asserted as secured claims in the *Creditor's Objection to Debtors (1) Motion for Entry Of Orders (I)(A) Approving Bidding Procedures, (B) Approving Stalking Horse Purchase Agreement, (C) Scheduling an Auction and Approving Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling the Sale Hearing; (II) Approving (A) the Sale(s), Free and Clear of Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 146] filed by O'Connor Corporation (the "<u>O'Connor DIP Objection</u>") and in the claim filed by Coastal Enterprises, Inc.—claim numbered 11.

[8]  Consisting of Drawn Principal (including deemed draws) of $6,178,283.13, Accrued Interest at Contract Rate of $4,188.88, and Accrued Default Rate (10/27-12/2) of $32,917.83.

[9]  Consisting of Principal of Secured Note in the amount of $540,000.00, the balance under the Borrower ISDA of $8,345,479.20, Accrued Interest through the Petition Date of $900,535.41, and Accrued Post-Petition Interest through December 2, 2022 of $378,822.64.

[10]  As of the filing of this Notice, the Stalking Horse Purchaser assumes this amount will be $0.00, as these amounts are currently part of the calculation of the amounts owed under the DIP Facility.

| | |
|---|---|
| **Commission payable to the Trustee's broker** | **$20,000.00**[11] |
| **The asserted amounts (or such other amount as determined by the Court) of any mechanics' or similar lien that is alleged to be senior to the Secured Note Obligations (unless such lien is assumed by the purchaser)** | **$791,218.31**[12] |

Dated:    November 13, 2022        Respectfully submitted,

**SHEEHAN PHINNEY BASS & GREEN PA**

By: */s/ James S. LaMontagne*
James S. LaMontagne
1000 Elm Street, 17th Floor
Manchester, NH 03101
Telephone: 603-627-8102
Facsimile: 603-641-2385
Email:  jlamontagne@sheehan.com

- and -

**MILBANK LLP**

Evan R. Fleck (*admitted pro hac vice*)
Michael Price (*admitted pro hac vice*)
Alexander B. Lees (*admitted pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email:  efleck@milbank.com
              mprice@milbank.com
              alees@milbank.com

*Counsel to Hartree Partners, LP*

---

[11]   This amount is an estimated amount that may vary on account of expenses. Future overbids will need to consider the "Hurdle Amount Payment" in the amount of $100,000 for the Trustee's broker.

[12]   Note that this amount reflects the amounts asserted as secured claims in the O'Connor DIP Objection and in the claim filed by Coastal Enterprises, Inc., numbered claim 11.