**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | ) |
| | ) |
| STORED SOLAR ENTERPRISES, | )   Chapter 11 |
| SERIES LLC, | )   Case No. 22-10191 MAF |
| | ) |
| Debtor. | ) |

### LIMITED OBJECTION TO MOTION TO WITHDRAW AS COUNSEL

NOW COMES Anthony J. Manhart, the duly-appointed, qualified, and acting Chapter 11 Trustee in the above-captioned case (the "Trustee"), by and through his counsel undersigned, and hereby submits this limited objection to the Motion to Withdraw as Counsel for Stored Solar Enterprises, Series LLC [Docket No. 450] (the "Motion"). In support of this Objection, the Trustee states as follows:

1. On September 14, 2022, Stored Solar Enterprises, Series LLC ("Debtor") filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. The Trustee is the duly appointed, qualified, and acting Chapter 11 trustee in this case.

3. The Trustee does not object to the withdrawal of Marcus Clegg as counsel for the Debtor. The Trustee, however, is concerned that the above-captioned case may be dismissed if the Debtor or the Trustee on behalf of the Debtor obtains new counsel.

4. The Maine Bankruptcy Court local rules require that an attorney granting leave to withdraw provide his or her client with an order which shall direct the client to appear by new counsel, or if an individual, pro se withing twenty-one days. D. Me. LBR 2091-1. In the proposed order attached to Motion, Marcus Clegg includes language to this effect.

20996458.1

5.  If the debtor is unable to appear by new counsel, the Trustee requests that the Court not dismiss the case solely for that reason.

6.  At this point, there is not a need for the Debtor to obtain counsel. The Debtor is not operating, and the Debtor's assets consist only of causes of action. The Trustee has taken over the tasks of management of the Debtor. *See In re Freedom Solar Ctr., Inc.*, 776 F.2d 14, 17 (1st Cir. 1985). ("Once a trustee has been appointed in bankruptcy, all functions traditionally handled by the debtor's management are subsumed by the trustee.")

WHEREFORE, the Trustee requests that the Court sustain its limited objection to Motion to Withdraw as Counsel and grant such other relief as is proper and just.

Dated at Portland, Maine, this 28th day of September 2023.

/s/ Bodie B. Colwell
Anthony J. Manhart, Esq.
Bodie B. Colwell, Esq.
Counsel for Anthony J. Manhart,
Chapter 11 Trustee

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
amanhart@preti.com
bcolwell@preti.com

20996458.1

- 3 -

**CERTIFICATE OF SERVICE**

      I, Bodie B. Colwell, hereby certify that I have caused to be served on this day true copies of the above Objection of Motion to Withdraw as Counsel upon each of the parties set forth on the Service List below, via First Class U.S. mail, postage fully prepaid, on this date.

      All other parties listed on the Notice of Electronic Filing have been served electronically on this date.

      Dated at Portland, Maine, this 28th day of September 2023.

/s/ Bodie B. Colwell
Anthony J. Manhart, Esq.
Bodie B. Colwell, Esq.
Counsel for Anthony J. Manhart,
Chapter 11 Trustee

Preti Flaherty, LLP
One City Center
PO Box 9546
Portland, ME  04112-9546
(207) 791-3000
amanhart@preti.com
bcolwell@preti.com

**Service List**

N/A

20996458.1