**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re<br><br>STORED SOLAR ENTERPRISES, SERIES LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-10191 |

**THE STATE OF NEW HAMPSHIRE'S**
**STATUS REPORT REGARDING PRE-MERGER ENTITY RETURNS**

The State of New Hampshire (the "State"), acting through its Department of Revenue Administration ("DRA"), hereby files this status report as required by the Court pursuant to paragraph 2(b) of the Court's Scheduling Order dated January 22, 2024 [D.E. 505].[1]

1.    On January 23, 2024, the State rejected the Pre-Merger Entity Returns pursuant to N.H. Code Admin. R. Rev. 201.08. Notice of rejection of the Pre-Merger Entity Returns was sent to Verdolino & Lowey PC, the signatories of the returns, at the address provided on the returns.

2.    As noted in the State's separate status report filed with the Court contemporaneously herewith, the Trustee did not make prompt determination requests pursuant to section 505(b) of the Bankruptcy Code for the Pre-Merger Entity Returns and the Pre-Merger Entity Returns were not included in the Trustee's section 505(b) request for the Amended BPT Return.

3.    To the extent that the Court is inclined to enter an order in connection with the information provided herein, the State requests the opportunity to provide additional briefing regarding any issues identified by the Court.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to such terms in the State's *Motion to Cancel or Continue Evidentiary Hearing or Grant Other Appropriate Relief* [D.E. 487] (the "Motion to Continue").

23508944.v3

| | |
|---|---|
| Date: January 26, 2024 | */s/ Andrew C. Helman*<br>Andrew C. Helman<br>Kyle D. Smith<br>DENTONS BINGHAM GREENEBAUM LLP<br>One City Center, Suite 11100<br>Portland, Maine  04101<br>(207) 619-0919<br>andrew.helman@dentons.com<br>kyle.d.smith@dentons.com<br><br>*Counsel to the State of New Hampshire* |

2

23508944.v3

## CERTIFICATE OF SERVICE

      I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document and a proposed order to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service.

Date: January 26, 2024            */s/ Anderw C. Helman*
                                               Andrew C. Helman
                                               DENTONS BINGHAM GREENEBAUM LLP
                                               One City Center, Suite 11100
                                               Portland, Maine  04101
                                               (207) 619-0919
                                               andrew.helman@dentons.com