UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Stored Solar Enterprises,<br>Series LLC,<br><br>                Debtor | Chapter 11<br>Case No. 22-10191 |

**ORDER GRANTING IN PART AND DENYING IN PART
SECOND AND FINAL FEE APPLICATION OF PRETI FLAHERTY, LLP**

Upon consideration of the Application for Second and Final Allowance of Compensation and Reimbursement of Expenses Incurred for the Law Firm of Preti Flaherty, LLP, as Counsel for Chapter 11 Trustee dated May 6, 2024 [Dkt. No. 537] (the "Application"), and in the absence of any timely-filed opposition, the Court conducted a hearing on the Application on June 20, 2024. For the reasons set forth on the record, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Application is granted in part and denied in part on the following terms:

1. Preti Flaherty is awarded $188,539.50 as reasonable compensation for actual, necessary services rendered and is further awarded $7,701.32 as reimbursement for actual, necessary expenses associated with services performed on behalf of the estate during the period beginning December 8, 2022, through and including April 30, 2024. This total award of $196,240.82 in favor of Preti Flaherty is made under 11 U.S.C. § 330(a)(1) and constitutes an allowed administrative expense claim under 11 U.S.C. § 503(b)(2).

2. In making this award, the Court awards compensation that is $758.00 less than the amount of compensation requested. 11 U.S.C. § 330(a)(2). As noted on the record, the Court has applied reductions where two lawyers billed inconsistent amounts for the same service, where one lawyer billed 2.6 hours to attend a hearing that lasted only one hour

and ten minutes, and where one lawyer billed 0.7 hours to review a three-page order. *See* 11 U.S.C. §§ 330(a)(3)(A), (D).

3. The amount hereby awarded may be paid by the Trustee from available estate funds now or hereafter on hand, as agreed by the Trustee and Preti Flaherty.

Dated: July 1, 2024

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine