**PERKINS THOMPSON**

MAILING ADDRESS:
P.O. BOX 426
PORTLAND, ME 04112

TELEPHONE (207) 774-2635
FEDERAL TAX ID NO. 01-0485155

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE
PERKINS THOMPSON
ONE CANAL PLZA
PORTLAND, ME  04112-0426

Statement Date:    10/07/2025
Statement No.         171285
Account No.       18782.0002

GENERAL LITIGATION

For professional services rendered through 09/30/2025, including the following:

### Fees

| Date | TK | Description | Hours |
|---|---|---|---|
| 05/09/2025 | AJM | Review and revise application for compensation | 0.50 |
| 05/27/2025 | AJM | Review and revise Application for Compensation | 1.20 |
| 05/30/2025 | MNL | Revisions to Application for Interim Compensation for Perkins Thompson Attorney Fees, Notice of Hearing and proposed Order post review of invoices | 1.20 |
| | AJM | Review and revise application for compensation | 1.10 |
| 06/03/2025 | AJM | Review service issues for fee application | 0.40 |
| 07/16/2025 | AM | Review order on application of compensation | 0.10 |
| | | For Current Services Rendered | 4.50    1,624.00 |

### Summary of Hours

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anthony J. Manhart | 3.20 | $430.00 | $1,376.00 |
| Alexander J. Mihalov | 0.10 | 260.00 | 26.00 |
| Michelle Laverriere | 1.20 | 185.00 | 222.00 |

Page    1

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

Page: 2
10/07/2025
Account No: 18782-0002
Statement No: 171285

GENERAL LITIGATION

|  | Hours |
|---|---|
| Total Current Work |  1,624.00 |
| Previous Balance | $12,516.10 |
| Balance Due | $14,140.10 |

### Prior Unpaid Statement(s)

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/29/2025 | 167869 | 12,516.10 | 12,516.10 |
|  |  |  | 12,516.10 |

Payment is due upon receipt of this bill. A late charge of 1.5% per month may be assessed upon all balances which remain unpaid for more than 30 days from the date of this invoice.

**Perkins Thompson is pleased to offer its clients the convenience of paying their invoices online. Please visit our online payment portal at www.perkinsthompson.com/contact/pay-online** for more information.

**PERKINS THOMPSON**

MAILING ADDRESS:
P.O. BOX 426
PORTLAND, ME 04112

TELEPHONE (207) 774-2635
FEDERAL TAX ID NO. 01-0485155

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE
PERKINS THOMPSON
ONE CANAL PLZA
PORTLAND, ME 04112-0426

Statement Date: 10/07/2025
Statement No.        171286
Account No.     18782.0003

IPFS CORPORATION

For professional services rendered through 09/30/2025, including the following:

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/05/2025 | | | |
| | JGT | Review pleadings, discovery, and correspondence in preparation for call with Attorney Perrell (0.3); Teams call with Attorney Perrell (0.4); Office conference with Attorney Mihalov regarding IPFS defenses (0.2) | 0.90 |
| | AM | Review bank statements regarding preference transfers in preparation for call with opposing counsel | 0.20 |
| | AM | Telephone conference with Attorney Perrell, Attorney Cope, and Attorney Talbot regarding settlement and next steps of litigation | 0.50 |
| | AM | Conduct research on series entity llc making payments prepetition before merger | 0.90 |
| 05/16/2025 | | | |
| | JGT | Email Attorney Perrell regarding mediation request (0.1) | 0.10 |
| | AM | Attention to correspondence to opposing counsel regarding mediation (0.1); Research Fed Civ R 16 regarding summary adjudication (0.1); Office conference with Attorney Talbot regarding same (0.1) | 0.30 |
| 05/19/2025 | | | |
| | AM | Attention to correspondence regarding interest in mediation | 0.10 |

Page    1

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

Page: 2
10/07/2025
Account No: 18782-0003
Statement No: 171286

IPFS CORPORATION

| | | | Hours |
|---|---|---|---|
| | AJM | Review status of litigation | 0.10 |
| 05/29/2025 | | | |
| | AM | Attention to correspondence from Attorney Perrell regarding mediation | 0.10 |
| 05/30/2025 | | | |
| | JGT | Email with Attorney Perrell regarding settlement negotiations | 0.20 |
| 06/02/2025 | | | |
| | JGT | Email with Trustee Manhart regarding settlement (0.1); Review settlement emails from opposing counsel (0.1); Review complaint (0.1) | 0.30 |
| 06/03/2025 | | | |
| | JGT | Email with Attorney Perrell regarding settlement negotiations (0.2); Email Trustee Manhart regarding same (0.1) | 0.30 |
| | AM | Attention to correspondence between the parties regarding settlement offer | 0.10 |
| 06/04/2025 | | | |
| | JGT | Email Attorney Perrell regarding settlement offer (0.2); Email Trustee Manhart regarding same (0.1) | 0.30 |
| 06/05/2025 | | | |
| | AM | Attention to correspondence regarding settlement offer | 0.10 |
| 06/06/2025 | | | |
| | JGT | Email Trustee Manhart regarding settlement (0.1); Email with Attorney Perrell regarding same (0.2) | 0.20 |
| | MNL | Draft Motion to Approve Compromise with IPFS, Notice of Hearing and Proposed Order | 0.80 |
| | AM | Attention to correspondence regarding acceptance of settlement agreement (0.1) | 0.10 |
| 06/09/2025 | | | |
| | AM | Draft Settlement Agreement (0.7); Review and revise motion for application to compromise, order and notice (0.5); Forward same to Attorney Talbot and Trustee Manhart for review (0.1) | 1.30 |
| 06/16/2025 | | | |
| | JGT | Review and analyze draft settlement documents (0.4); Email Attorney Mihalov regarding same (0.1) | 0.50 |
| | AM | Revise settlement agreement (0.1); Forward same, motion to compromise, notice of hearing and order to Trustee Manhart for review (0.1) | 0.20 |

Case 22-10191    Doc 765    Filed 11/20/25    Entered 11/20/25 12:39:57    Desc Main
Document    Page 5 of 16

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

Page: 3
10/07/2025
Account No: 18782-0003
Statement No: 171286

IPFS CORPORATION

| Date | | Description | Hours |
|---|---|---|---|
| 06/17/2025 | | | |
| | AM | Review and revise settlement documents (0.2); Forward same to opposing counsel (0.1) | 0.30 |
| | AM | Revise motion to compromise to include stipulation of dismissal exhibit | 0.60 |
| | AM | Prepare Stipulation of dismissal (0.3); Forward same and revised motion to compromise to opposing counsel (0.1) | 0.40 |
| | AJM | Review and revise Motion to Approve Compromise | 0.40 |
| | AJM | Review and revise settlement agreement | 0.30 |
| 06/20/2025 | | | |
| | AM | Review and analyze redlines proposed by opposing counsel regarding settlement documents (0.1); Forward same to Trustee Manhart (0.1) | 0.20 |
| | JGT | Review and analyze revised settlement documents (0.1) | 0.10 |
| | AM | Attention to Attorney Talbot correspondence regarding redlined settlement documents (0.1); Confirm redline edits (0.1); Forward same to opposing counsel for execution (0.1) | 0.30 |
| | AJM | Review changes IPFS on Motion to Approve Compromise and accompanying documents | 0.20 |
| 07/08/2025 | | | |
| | JGT | Office conference with Attorney Mihalov regarding status of settlement agreement (0.1) | 0.10 |
| | AM | Prepare follow-up correspondence to opposing counsel regarding execution and filing of settlement agreement | 0.20 |
| 07/09/2025 | | | |
| | AM | Exchange correspondence Trustee Manhart and Ms. Laverriere regarding notice of hearing for compromise | 0.10 |
| | AM | Attention to correspondence regarding service of motion for compromise (0.1); Telephone conference with clerk of bankruptcy court regarding same (0.1) | 0.20 |
| 07/10/2025 | | | |
| | AM | Office conference with Trustee Manhart and Ms. Laverriere appearing by telephone regarding issues with filing compromise motion | 0.30 |
| | AM | Telephone conference with Clerk of Bankruptcy court regarding service issue with motion to compromise | 0.10 |
| | AM | Prepare application to limit service related proposed order (1.2); | |

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

Page: 4
10/07/2025
Account No: 18782-0003
Statement No: 171286

IPFS CORPORATION

| Date | TK | Description | Hours |
|---|---|---|---|
| | | Forward to Trustee Manhart for review (0.1) | 1.30 |
| 07/11/2025 | AM | Finalize revisions of application to limit service for notice of hearing involving a compromise | 0.20 |
| | AJM | Review and revise Motion to Limit Service | 0.30 |
| 07/14/2025 | AJM | Review status of Motion to Approve Compromise and service issues | 0.10 |
| 07/16/2025 | AM | Attention to correspondence from opposing counsel and review of executed settlement agreement | 0.10 |
| | AM | Review of order approving motion to limit service with regard to motion to compromise | 0.10 |
| 08/05/2025 | AM | Update stipulation of dismissal and draft certificate of service for same (0.2); Forward to Trustee Manhart for review (0.1) | 0.30 |
| | AM | Prepare correspondence to opposing counsel regarding payment of settlement and filing stipulation of dismissal | 0.10 |
| 08/06/2025 | AM | Review pre-trial hearing rescheduling entry (0.1); Exchange of correspondence regarding filing of stipulation of dismissal (0.1) | 0.20 |
| | | For Current Services Rendered | 14.10    4,249.00 |

Summary of Hours

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joseph G. Talbot | 3.00 | $395.00 | $1,185.00 |
| Anthony J. Manhart | 1.40 | 430.00 | 602.00 |
| Alexander J. Mihalov | 8.90 | 260.00 | 2,314.00 |
| Michelle Laverriere | 0.80 | 185.00 | 148.00 |

| | | |
|---|---|---|
| | Total Current Work | 4,249.00 |
| | Previous Balance before Adjustments | $10,790.12 |
| 05/30/2025 | Write Off - | -3.00 |
| | Previous Balance | $10,787.12 |
| | Balance Due | $15,036.12 |

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE  
IPFS CORPORATION

Page: 5
10/07/2025
Account No: 18782-0003
Statement No: 171286

### Prior Unpaid Statement(s)

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/29/2025 | 167870 | 10,790.12 | 10,787.12 |
| | | | 10,787.12 |

Payment is due upon receipt of this bill. A late charge of 1.5% per month may be assessed upon all balances which remain unpaid for more than 30 days from the date of this invoice.

**Perkins Thompson is pleased to offer its clients the convenience of paying their invoices online. Please visit our online payment portal at www.perkinsthompson.com/contact/pay-online for more information.**

**PERKINS THOMPSON**

MAILING ADDRESS:
P.O. BOX 426
PORTLAND, ME 04112

TELEPHONE (207) 774-2635
FEDERAL TAX ID NO. 01-0485155

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE
PERKINS THOMPSON
ONE CANAL PLZA
PORTLAND, ME 04112-0426

Statement Date: 10/07/2025
Statement No.: 171287
Account No.: 18782.0005

ST. ONGE TRANSPORT, INC.

For professional services rendered through 09/30/2025, including the following:

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/2025 | JGT | Email Attorney Kelley regarding discovery issues (0.2); Office conference with Attorney Mihalov regarding post-petition transfer claims (0.2) | 0.40 |
| | AM | Review and analyze Attorney Kelley's correspondence regarding returned wire payment (0.3); Office conference with Attorney Talbot regarding same (0.2) | 0.50 |
| 05/06/2025 | AM | Review and analyze Confidentiality Order between Hartree Partners and Stored Solar Enterprises and confidentiality agreement and stipulated protective order between Capergy and Trustee Manhart as it pertains to supplement discovery production | 0.40 |
| 05/07/2025 | JGT | Office conference with Attorney Mihalov regarding discovery and document production issues | 0.10 |
| | AM | Office conference with Trustee Manhart regarding post-petition transfers (0.2); Prepare correspondence regarding post-petition payments to Attorney Goldberg and forward same to Trustee Manhart (0.2); Office conference with Attorney Talbot regarding discovery and supplement document production (0.1) | 0.50 |
| | AJM | Review and revise message to Attorney Goldberg re confirmation of | |

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

ST. ONGE TRANSPORT, INC.

Page: 2
10/07/2025
Account No: 18782-0005
Statement No: 171287

|  |  |  | Hours |
|---|---|---|---|
|  |  | receipt of funds by non-debtor entity | 0.70 |
| 05/16/2025 | | | |
| | AM | Update notice of deposition (0.1); Forward same to Attorney Talbot for review (0.1) | 0.20 |
| | JGT | Review and revise St. Onge deposition notice (0.3) | 0.30 |
| | AM | Prepare supplemental document production to be produced (0.7); Prepare draft of correspondence forwarding same for Attorney Talbot review (0.2) | 0.90 |
| | AM | Attention to edits of notice of deposition by Attorney Talbot (0.1); Execute service of Notice upon opposing counsel (0.1) | 0.20 |
| 05/19/2025 | | | |
| | AM | Revise supplemental document production (0.6); Prepare draft correspondence for review by Attorney Talbot regarding same (0.2); Revise correspondence and forward same to Attorney Kelley (0.2) | 1.00 |
| 05/20/2025 | | | |
| | AM | Office conference with Trustee Manhart regarding supplemental production of documents (0.2); Revise supplemental discovery (0.6) | 0.80 |
| | AJM | Review supplemental document production | 0.40 |
| 05/21/2025 | | | |
| | AM | Review non-disclosure agreement between bidding parties (0.1); Office conference with Trustee Manhart regarding same (0.1) | 0.20 |
| | AM | Forward supplemental document production to Attorney Kelley | 0.10 |
| | AJM | Review and revise message to Attorney Kelley re supplement to discovery responses | 0.20 |
| 05/23/2025 | | | |
| | AM | Office conference with Attorney Talbot regarding deposition preparation | 0.20 |
| | JGT | Office conference with Attorney Mihalov regarding deposition preparation (0.3) | 0.30 |
| | AM | Attention to correspondence from Attorney Goldberg regarding post-petition payment | 0.10 |
| 06/09/2025 | | | |
| | JGT | Office conference with Trustee Manhart and Attorney Mihalov regarding prepetition and post-petition payments and claims (0.4) | 0.40 |
| | AM | Attention to correspondence from Attorney Goldberg (0.1); Office conference with Trustee Manhart and Attorney Talbot regarding same (0.4) | 0.50 |

Case 22-10191   Doc 765   Filed 11/20/25   Entered 11/20/25 12:39:57   Desc Main
Document      Page 10 of 16
Page: 3
ANTHONY J. MANHART AS LIQUIDATING TRUSTEE                                     10/07/2025
                                                                Account No:    18782-0005
                                                                Statement No:       171287

ST. ONGE TRANSPORT, INC.

|  |  |  | Hours |
|---|---|---|---|
| 06/10/2025 | | | |
| | AM | Review pre-petition invoices and trucking reports in connection with deposition prep | 3.80 |
| 06/13/2025 | | | |
| | AM | Review and analyze settlement proposal from opposing counsel | 0.20 |
| 06/18/2025 | | | |
| | JGT | Office conference with Attorney Mihalov regarding preference claims and defenses (0.2) | 0.20 |
| | AM | Research assignments and statute of frauds, research case law regarding pre-payments and preference claims (2.2); prepare timeline of events (2.2) | 4.40 |
| | AJM | Research and analysis of possible pre- and post-petition claims after response from St. Onge | 1.20 |
| 06/20/2025 | | | |
| | AM | Attention to correspondence from Attorney Talbot and Trustee Manhart regarding postponing deposition and prepare correspondence regarding same for opposing counsel | 0.10 |
| | AM | Exchange of correspondence with Attorney Kelley regarding scheduling deposition and telephone conference | 0.10 |
| 06/23/2025 | | | |
| | AM | Prepare correspondence regarding telephone conference with opposing party to discuss possible settlement | 0.10 |
| | AM | Attention to correspondence regarding conference and calendar same | 0.10 |
| | AJM | Prepare for discussion with St. Onge and counsel | 0.30 |
| 06/24/2025 | | | |
| | AM | Continue creation of timeline of events for settlement discussions | 1.60 |
| | JGT | Office conference with Trustee Manhart and Attorney Mihalov to prepare for settlement conference call (0.8); MS Teams call with Attorney Kelley, St. Onge, Attorney Mihalov and Trustee Manhart regarding settlement negotiations (0.8) | 1.60 |
| | AM | Office conference with  with Attorney Talbot and Trustee Manhart to prepare for settlement negotiations | 0.80 |
| | AM | Participate in video conference with Attorney Talbot and Trustee Manhart regarding settlement negotiations | 0.80 |
| 07/01/2025 | | | |
| | JGT | Office conference with Trustee Manhart regarding settlement and | |

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

Page: 4
10/07/2025
Account No: 18782-0005
Statement No: 171287

ST. ONGE TRANSPORT, INC.

|  |  |  | Hours |
|---|---|---|---|
|  |  | St. Onge financials (0.1); Email Attorney Kelley regarding same (0.1) | 0.20 |
|  | AM | Attention to correspondence to opposing counsel regarding defendant's financial hardship and communication with the AJM | 0.10 |
| 07/02/2025 | AM | Leave voicemail and prepare follow-up correspondence with opposing counsel regarding St. Onge financials and permission to communicate with St. Onge directly | 0.20 |
|  | AM | Telephone conference with Attorney Kelley regarding communication with St. Onge and financial documents (0.2); Prepare memorandum regarding same and forward to Attorney Talbot and Trustee Manhart (0.1) | 0.30 |
|  | AM | Exchange correspondence regarding confidentiality of financial documents with opposing counsel | 0.10 |
| 07/03/2025 | AM | Exchange correspondence with opposing counsel regard financial documents of St. Onge (0.2); Memorialize financials to file (0.1) | 0.30 |
| 07/07/2025 | AM | Exchange correspondence with opposing counsel regarding St. Onge's financials(0.1); Review and analyze bank statements (0.2); Provide summary of financials to Trustee Manhart and Attorney Talbot (0.1) | 0.40 |
| 07/08/2025 | JGT | Office conference with Trustee Manhart regarding settlement negotiations (0.2); Office conference with Attorney Mihalov regarding settlement negotiations (0.1) | 0.30 |
| 07/14/2025 | AJM | Review financial documents for possible settlement | 0.20 |
| 07/21/2025 | AM | Attention to correspondence from opposing counsel submitting settlement offer | 0.10 |
|  | AM | Office conference with Trustee Manhart Attorney Talbot regarding settlement offer | 0.10 |
|  | JGT | Office conference with Trustee Manhart regarding settlement negotiations (0.2); Email Atty Kelley regarding same (0.2) | 0.40 |
|  | AM | Attention to correspondence from Attorney Talbot regarding counter offer | 0.10 |
|  | AJM | Review and analysis of offer to settle from St. Onge | 2.70 |

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

Page: 5
10/07/2025
Account No: 18782-0005
Statement No: 171287

ST. ONGE TRANSPORT, INC.

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/23/2025 | | | |
| | AM | Attention to correspondence from Attorney Kelley regarding settlement | 0.10 |
| | AM | Office conference with Trustee Manhart regarding settlement offer | 0.10 |
| 08/01/2025 | | | |
| | AM | Office conference with Trustee Manhart regarding acceptance of settlement (0.1); Draft correspondence to Attorney Kelley regarding same (0.1) | 0.20 |
| 08/04/2025 | | | |
| | MNL | Draft Settlement Agreement between Liquidating Trustee and St. Onge | 0.70 |
| | MNL | Draft Motion to Compromise with St. Onge, notice of hearing and proposed order on same | 0.60 |
| | MNL | Draft Application to Limit Notice on Motion to Compromise with St. Onge, and proposed order on same | 0.60 |
| | MNL | Draft Certificate of Service regarding Motion to Compromise, Application to Limit Notice and Notice of hearing on Motion to Compromise | 0.30 |
| | AJM | Review and revise settlement agreement with St. Onge | 0.30 |
| | AJM | Review and revise Motion to Approve Compromise | 0.40 |
| | AJM | Review and revise hearing notice for Motion to Approve Compromise | 0.10 |
| | AJM | Review and revise proposed Order re Motion to Approve Compromise | 0.20 |
| | AJM | Review and revise Motion to Limit Notice | 0.20 |
| | AJM | Review and revise proposed Order re Motion to Limit Notice | 0.10 |
| | AJM | Review and revise Certificate of Service re Motion to Limit Notice | 0.10 |
| 08/05/2025 | | | |
| | AM | Forward Settlement Agreement to Attorney Kelley | 0.10 |
| | AJM | Review and revise Motion to Approve Compromise | 0.10 |
| 08/11/2025 | | | |
| | AM | Prepare follow-up correspondence to Attorney Kelley regarding settlement | 0.10 |
| | AJM | Review status of settlement | 0.10 |

Case 22-10191   Doc 765   Filed 11/20/25   Entered 11/20/25 12:39:57   Desc Main
Document      Page 13 of 16
Page: 6
10/07/2025
Account No: 18782-0005
Statement No: 171287

ST. ONGE TRANSPORT, INC.

| Date | TK | Description | Hours |
|---|---|---|---|
| 08/12/2025 | AM | Attention to correspondence from Attorney Kelley regarding settlement agreement | 0.10 |
| 08/15/2025 | AM | Attention to correspondence and redlines regarding settlement agreement | 0.10 |
| | AJM | Telephone conference with Attorney Kelley re settlement agreement | 0.20 |
| 08/18/2025 | AM | Attention to exchange of correspondence regarding revisions to settlement agreement | 0.10 |
| | AJM | Review and revise settlement agreement | 0.70 |
| 08/19/2025 | AM | Attention to correspondence exchanging fully executed settlement agreement | 0.10 |
| | AJM | Exchange messages with Attorney Kelley re settlement agreement provisions | 0.20 |
| 08/25/2025 | AJM | Review and revise certificate of service for Motion to Approve Compromise | 0.20 |
| 09/16/2025 | AM | Review motion to compromise regarding missing signature | 0.10 |

For Current Services Rendered        35.40      11,068.00

### Summary of Hours

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joseph G. Talbot | 4.20 | $395.00 | $1,659.00 |
| Anthony J. Manhart | 8.60 | 430.00 | 3,698.00 |
| Alexander J. Mihalov | 20.40 | 260.00 | 5,304.00 |
| Michelle Laverriere | 2.20 | 185.00 | 407.00 |

Total Current Work        11,068.00

Previous Balance        $21,057.50

Balance Due        $32,125.50

### Prior Unpaid Statement(s)

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/29/2025 | 167872 | 21,057.50 | 21,057.50 |
| | | | 21,057.50 |

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE

Page: 7
10/07/2025
Account No: 18782-0005
Statement No: 171287

ST. ONGE TRANSPORT, INC.

Payment is due upon receipt of this bill. A late charge of 1.5% per month may be assessed upon all balances which remain unpaid for more than 30 days from the date of this invoice.

**Perkins Thompson is pleased to offer its clients the convenience of paying their invoices online. Please visit our online payment portal at www.perkinsthompson.com/contact/pay-online** for more information.



**PERKINS THOMPSON**

MAILING ADDRESS:
P.O. BOX 426
PORTLAND, ME 04112

TELEPHONE (207) 774-2635
FEDERAL TAX ID NO. 01-0485155

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE
PERKINS THOMPSON
ONE CANAL PLZA
PORTLAND, ME  04112-0426

Statement Date: 10/07/2025
Statement No.: 171288
Account No.: 18782.0006

WORCESTER HOLDINGS, LLC

For professional services rendered through 09/30/2025, including the following:

### Fees

| Date | TK | Description | Hours |
|---|---|---|---|
| 05/01/2025 | AJM | Exchange messages with Attorney Hochman re hearing on Motion to Approve Compromise | 0.20 |
| 05/07/2025 | AJM | Review order on motion to approve compromise | 0.30 |
|  | AJM | Send message to Attorney Hochman re requirements for settlement agreement | 0.20 |
| 05/12/2025 | AM | Review stipulation for dismissal | 0.20 |
| 05/19/2025 | AM | Attention to exchange of correspondence regarding payment of settlement and filing of consented dismissal | 0.10 |

For Current Services Rendered    1.00    379.00

### Summary of Hours

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Anthony J. Manhart | 0.70 | $430.00 | $301.00 |
| Alexander J. Mihalov | 0.30 | 260.00 | 78.00 |

Page 1

Page: 2
10/07/2025
Account No: 18782-0006
Statement No: 171288

ANTHONY J. MANHART AS LIQUIDATING TRUSTEE
WORCESTER HOLDINGS, LLC

| | |
|---|---|
| Total Current Work | 379.00 |
| Previous Balance | $10,037.25 |
| Balance Due | $10,416.25 |

Prior Unpaid Statement(s)

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/29/2025 | 167873 | 10,037.25 | 10,037.25 |
| | | | 10,037.25 |

Payment is due upon receipt of this bill. A late charge of 1.5% per month may be assessed upon all balances which remain unpaid for more than 30 days from the date of this invoice.

**Perkins Thompson is pleased to offer its clients the convenience of paying their invoices online. Please visit our online payment portal at www.perkinsthompson.com/contact/pay-online for more information.**