**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Stored Solar Enterprises, Series LLC,<br><br>Debtor | Chapter 11<br>Case No. 22-10191 |

### ORDER SETTING CASE STATUS CONFERENCE

As discussed during a hearing on November 20, 2025, the Court will hold a status conference in this case on December 4, 2025, at 1:00 p.m., at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine. *See* 11 U.S.C. § 105(d). Parties may participate in the status conference in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.

Dated: November 21, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

1